**[Clerks Office Only]**
**Name:**
Linda Rivera
**Email Address:**
LinRiv74@gmail.com
**Phone Number**
5708720697
**Are you filing a new case?**
Yes, I'm filing a new case.
**Case Caption**
**Case Number**
NEW CASE
**Description of Document(s)**
Federal Complaint with IFP and Exhibits
**Terms of Submission**
Yes
**Do you have a mailing address?**
No
**Select 'Yes' if you do not have a mailing address.**
**Mailing Address Line 1**
PO BOX 1258
**Mailing Address Line 2**
**City:**
East Stroudsburg
**State:**
Pennsylvania
**Zip Code:**
18301
**Other**

Hide empty values