# **EXHIBIT A**

Initial Custody Complaint by Defendant Jeffrey Reichl, June 3, 2021 Contains False Information and Perjury:

- Page 1, #3, the Defendant Jeffrey Reichl is not the biological father of ZR
- Page 2, #11, the Defendants work schedule does not coincide with the minor childrens school schedule and was not the primary caregiver
- Page 2, #12c, False Allegations of Mental Health Issues in Plaintiff that refused to comply with treatment

IN THE COURT OF COMMON PLEAS OF MONROE COUNTY
FORTY-THIRD JUDICIAL DISTRICT
COMMONWEALTH OF PENNSYLVANIA

JEFFREY REICHL,                    :        571 DR 2021
      Plaintiff,              :
                        :        2909 CV 2021
                        :
    vs.                           :
                        :
LINDA RIVERA,                      :
      Defendant.              :

## COMPLAINT FOR CUSTODY

AND NOW comes the Plaintiff, JEFFREY REICHL, by and through his attorneys,

CRAMER, SWETZ, McMANUS & JORDAN, P.C., by Gary J. Saylor, II, Esquire and requests

custody of the minor children, Z.R. and E.R. for the following reasons:

1.     Plaintiff is Jeffrey Reichl, an adult individual who currently resides at 1262 Park

Drive, East Stroudsburg, Pennsylvania 18302.

2.     Defendant is Linda Rivera, an adult individual who currently resides at 1262 Park

Drive, East Stroudsburg, Pennsylvania, 18302, and has a telephone number of 570 872-0697

3.     The Plaintiff is the biological father and Defendant is the biological mother of

Z.R., born Confidential Information 1 and E.R., born Confidential Information 2.

4.     The parties are married but Z.R. was born out of wedlock and E.R. was born of

wedlock.

5.     During the last five (5) years the children has resided with the following persons

at the following addresses:

| Persons | Addresses | Dates |
|---|---|---|
| Jeffrey Reichl<br>Linda Rivera | 1262 Park Drive, East Stroudsburg | 2016 – Present |

6.    The children are presently in the custody of Plaintiff Father and Defendant Mother at 1262 Park Drive East Stroudsburg, PA 18302.

7.    Defendant has advised Plaintiff that she intends to leave the home and has rented an apartment that is outside of the school district where the children have attended since they started their school career.

8.    Plaintiff has not participated as a party or witness, or in another capacity, in other litigation concerning custody of the child in this or another court.

9.    Plaintiff knows of no person not a party to these proceedings who has physical custody of the minor children or who claims to have custody, partial custody or visitation rights with respect to the minor child.

10.    There are no other proceedings pending involving custody of the minor children in this or any other state.

11.    Plaintiff seeks shared legal and primary physical custody of the minor children as Plaintiff has been the primary caregiver of the children for five (5) years and his work schedule coincides with the children's school schedule.

12.    The best interest and permanent welfare of the minor children will be served by granting the relief requested and providing Plaintiff primary physical custody as the:

(a) Defendant intends to move out of the East Stroudsburg Area School District were the children have attended for their entire school career.

(b) Defendant does not return home on weekends and stays overnight at her place of employment;

(c) Defendant is suffering from mental health issues and refuses to comply with the recommended course of treatment.

13.    Each party whose parental rights to the children have not been terminated and the person who has physical custody of the child have been named as a party to this action.

14.    Plaintiff has attached the Criminal Record/Abuse History Verification form required pursuant to Pa.R.C.P. No. 1915.3-2.

15.    Plaintiff has been advised of the requirement to attend the Co-Parent Education Program and of the program description set forth following Local Rule 1930.

16.    Defendant will be provided, along with the Complaint, a copy of the Order requiring attendance at the Co-Parent Education Program set forth herein, a copy of an application for registration for the program and the program description set forth following Local Rule 1930 as well as a completed and blank Criminal Record/Abuse History Verification.

WHEREFORE, Plaintiff, Jeffrey Reichl, respectfully requests that this Honorable Court grant him shared legal custody and shared physical custody with Plaintiff having primary physical custody of the parties' minor children.

Respectfully submitted,

CRAMER, SWETZ, McMANUS & JORDAN, P.C.

*Gary J. Saylor, II*

Gary J. Saylor, II, Esquire
Attorney for Plaintiff Father
Attorney I.D. 320012
711 Sarah Street
Stroudsburg, PA 18360

## VERIFICATION

I, Jeffrey Reichl, verify that the statements made in this Custody Complaint are true and correct. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4904, relating to unsworn falsification to authorities.

Date: ___06/03/2021___                    _____
                                          Jeffrey Reichl

# EXHIBIT B

Proof of the Defendants conspiring to defame and alienate the Plaintiff: Email from Attorney Barry Cohen on 9/30/22, between him and Defendant Gary J. Saylor, Re: Defendant Jeffrey Reichls false claim of Plaintiff being a "danger", pushing for Supervised Visits

(also, per the minor childrens claims and complaints)

On Sep 30, 2022, at 11:33 AM, Barry Cohen <bjcohen@cohenlegal.us> wrote:

 FYI

Very truly yours,

BARRY J. COHEN, ESQUIRE
11 South Seventh Street
Stroudsburg, Pennsylvania 18360
Phone:  570-421-1100
Fax:  570-421-1200
Email:  bjcohen@cohenlegal.us


Begin forwarded message:

**From:** Gary Saylor <GJSaylor@csmjlawyer.com>
**Date:** September 30, 2022 at 10:52:09 AM EDT
**To:** Barry Cohen <bjcohen@cohenlegal.us>
**Subject: Reichl v. Rivera**


Hi Barry:

I spoke with my client about coming to some sort of agreement with Ms. Rivera and he is not inclined to do so as he feels she needs serious help.  He feels she is now a danger to herself and the kids.  He thinks she needs supervision when she sees the kids.

Thanks,


Gary J. Saylor, II, Esq.

**Cramer, Swetz, McManus & Jordan, P.C.**

711 Sarah Street

Stroudsburg, PA 18360

Phone (570) 421-5568 Ext. 225

Fax (570) 421-5720

gjsaylor@csmjlawyer.com

# <u>EXHIBIT C</u>

Stroud Area Regional Police Department

Incident Report on 4/6/23 in the PetSmart of Stroudsburg,

PA where minor child ZR tried to run away from the

Defendant Jeffrey Reichl and disclosed sexual abuse to

Officer Carfi



**STROUD AREA REGIONAL**    570-421-6800 Phone
**POLICE DEPARTMENT**    570-421-5979 Fax

**100 DAY STREET, EAST STROUDSBURG, PA 18301**

## RIGHT – TO – KNOW RESPONSE FORM

### GRANTED IN PART/DENIED IN PART

**Date:**    May 11, 2023
**Name:**    Linda Rivera
**Address:** 786 Bryant Street
**City Zip:** Stroudsburg, Pa. 18360

Thank you for writing to the Stroud Area Regional Police Department with your request for information pursuant to the Pennsylvania Right – To – Know law.

On 4/14/2023 you requested Incident Report # 2023-008129. Your request is granted in part and denied in part as follows. Your documents are enclosed.

However, the Stroud Area Regional Police Department has withheld information that is exempt from disclosure by law. We redacted DOB, OLN, SSN, and phone numbers as outlined in Section 708(b).

This information is exempt from disclosure under Section 708 (b),(6),(i),(A),(16),(17) (i),(ii),(iii),(iv),(v),(vi),(A),(B),(C),(D),(E).

You have a right to appeal this denial of information in writing to Terry Mutchler, Executive Director, Office of Open Records, Commonwealth Keystone Building, 400 North Street, 4th Floor, Harrisburg, PA 17120.

If you choose to file an appeal, you must do so within 15 business days of the mailing date of the agency's response, as outlined in Section 1101. If you have further questions, please call Chief Jennifer Lyon. Please be advised that this correspondence will serve to close this record with our office as permitted by law.

Respectfully,

Jennifer Lyon, Chief
Right – To – Know Officer
Stroud Area Regional Police Department



**STROUD AREA REGIONAL** 570-421-6800 Phone
**POLICE DEPARTMENT** 570-421-5979 Fax

**100 DAY STREET, EAST STROUDSBURG, PA 18301**

### STANDARD RIGHT -TO- KNOW REQUEST FORM

DATE REQUESTED: 4|14|23

REQUEST SUBMITTED BY:    E-MAIL    US MAIL    FAX    (IN-PERSON)

NAME OF REQUESTOR: ___Linda Rivera___

STREET ADDRESS: ___786 Bryant Street___

CITY/STATE/COUNTY (Required): ___Stroudsburg, PA 18360___

TELEPHONE : ___(570) 872-0697___

EMAIL (Optional) : ___LinRiv74@ gmail.com___

RECORDS REQUESTED:
*Provide as much specific detail as possible so the agency can identify the information*

My son Zayre ran away from dad at Peksmart, on 4/6/23 @ 5pm
Officer Carfi showed up on scene.

— Reference #: 2023-008129

— Zayne Rivera-Reichl, 10 year old

DO YOU WANT COPIES AT A COST OF 25 CENTS PER PAGE? (YES) or NO

DO YOU WANT CERTIFIED COPIES OF RECORDS AT A COST OF $10?   YES or (NO)

RIGHT TO KNOW OFFICER:   *Jennifer Lyon, Chief*

DATE RECEIVED BY THE AGENCY:   4/14/23

AGENCY FIVE (5) DAY RESPONSE DUE:   5/11/23



# Stroud Area Regional Police Department

## Incident Report

**Agency:** STROUD AREA REGIONAL PD
**Agency #:** PA0450800

**Print Date/Time:** 05/11/2023 13:11

| General Information | | |
| --- | --- | --- |
| **Incident #:** 2023-00008129 | **Incident Type:** COMPLAINT, UNSPECIFIED | **Call Date/Time:** 04/06/2023 17:12 |
| **Location:** 139 RADIO DR, Stroudsburg, PA 18360 | **Status:** In Progress | **Priority:** Low |
| **Primary Caller:** ROJAS, AAHLIYA - Caller | **Caller Contact #:** | **Originating Call #:** |
| **Case Number:** | **Nature of Call:** | **Source:** 911 |

| Units/Personnel | | | |
| --- | --- | --- | --- |
| **Unit #** | **Unit Type** | **Personnel** | **Time on Call** |
| A9 | Police Sergeant | 0603 - VOGT, JOHN | 04/06/2023 18:43 |
| A49 | Patrol | 1702 - CARFI, ANTHONY | 04/06/2023 17:15 |

| Vehicles | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Role | Type | Year | Make | Model | Color | License | State | VIN |

| Subjects | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| **Role** | **Name** | **Address** | **Contact Information** | **Race** | **Sex** | **DOB** |
| Caller | ROJAS, AAHLIYA | | | | | |
| Contact | REICHL, JEFFREY | 1262 PARK DR, EAST STROUDSBURG, PA 18302 | | White | Male | |
| Contact | RIVERA, LINDA | 786 BRYANT ST, STROUDSBURG, PA 18360 | | White | Female | |
| Contact | JUVENILE | | | White | Male | |
| Contact | STARES, ADRIANNA | 148 FORREST ST, GREENTOWN, PA 18426 | | White | Female | |
| Contact | CHAPMAN, DYLAN | 2730 RIMROCK DR, Stroudsburg, PA 18360 | | White | Male | |

| Report Narratives | | | |
| --- | --- | --- | --- |
| **Name:** Officer's Incident Narrative | **Author:** 1702 - CARFI, ANTHONY | **Supervisor:** 0603 - VOGT, JOHN | **Date Created:** 04/06/2023 21:11 |

**Description:**

On April 6, 2023 at approximately 1715 hours, I, Officer Carfi of the Stroud Area Regional Police Department was dispatched to Petsmart at 139 Radio Dr, Stroud Township, in reference to a 10 year old male that approached an employee stating he was there with his step-father and does not want to be with him. The juvenile male,                provided the employee with his mother's name and phone number. The employee contacted the mother, Linda Rivera, who requested they call police.

On scene, contact made with child  .  Child  said that he does not feel comfortable being with his step-dad because he yells a lot. Child  said that is the only reason he does not want to go with



# Stroud Area Regional Police Department

## Incident Report

**Agency:** STROUD AREA REGIONAL PD
**Agency #:** PA0450800

**Print Date/Time:** 05/11/2023 13:11

his step-dad. Child did also mention that he was aware of a situation where Jeffrey molested his older brother, when his brother was in sixth grade. Child said this was investigated by police and that nothing happened to Jeffrey.

Contact made with step-dad, Jeffrey Reichl who advised that yesterday he and his ex-wife, Linda Rivera, received a new court order granting custody of child and his younger brother, to Jeffrey. The order advised Linda will have custody from Fridays 6:00pm to Sundays 6:00pm. Jeffrey said that today is the first day of having custody of child and that he is upset because he was supposed to go to New York with his mother, prior to this custody order taking place.

Linda then arrived on scene and advised that she does not know why child would not feel comfortable going with Jeffrey. Linda did say that she did have prior plans to go to New York to see family with child , however; after this custody agreement was received, she explained to child that he will have to wait.

Contact was again made with child and he was told that he will have to go with Jeffrey as the custody order states. Child then repeatedly said that he will kill himself if he has to go with Jeffrey.

Jeffrey and Linda also heard child make these statements. Both advised that child has made these statements in the past. They were both advised that if they wish to bring child to the hospital for an evaluation that they may do so.

Child was again told that he will still have to go with Jeffrey at this time.Child then said that when he was 6 years old, while living at Jeffrey's house, he was molested by Jeffrey. Child said that he woke up in the middle of the night because he heard the floor creaking, when he awoke he found his pajamas to be at his thighs and said he saw Jeffrey walking out of his room. Child said that he has never told anyone about this because he was scared.



# Stroud Area Regional Police Department

## Incident Report

**Agency:** STROUD AREA REGIONAL PD
**Agency #:** PA0450800

**Print Date/Time:** 05/11/2023 13:11

Children and Youth employee Adrianna Stares was contacted and made aware of the incident and accusations made by child . Stares advised that C&Y will look into the incident once a Childline notification is received.

Contact then made with PSP Stroudsburg due to the incident claimed having taken place in their jurisdiction. Tpr. D. Chapman requested that child be transported to their barracks on Rimrock Dr.

Both Jeffrey and Linda were advised of what was happening and that PSP requested child be brought to their barracks. They were advised that they could follow me to the barracks.

Child was then advised of what was happening. At this time child said "what if it was a dream?" referring to his statement/accusations made about Jeffrey. Child was told that at this time he will have to speak with the State Police due to the location of the alleged crime.

Child was then transported to PSP Stroudsburg barracks and Tpr. Chapman was briefed on all information.

While in route to PSP Stroudsburg, Stares called back and advised they wanted to have someone come out to figure something out for child . Advised Stares that I will provide her contact information to Tpr. Chapman who will be with child .

Child Line notified. Operator Kristin 360.

| Contributing Officers | | | | |
|---|---|---|---|---|
| **Officer** | **Supervisor** | **Report Date/Time** | **Report Type** | **Approving User** |
| 1702 - CARFI, ANTHONY | 0603 - VOGT, JOHN | 04/06/2023 23:30 | Supplement | bcorrado@sarpd.com |

# <u>EXHIBIT D</u>

Proof of Plaintiff's distress of her and the childrens rights: Email with Attorney Cassandra Colombo on 5/23/23 Re: Plaintiffs request for the case to be taken to a higher court due to violations of God-given and civil rights.

 **Gmail**

**Linda Rivera <linriv74@gmail.com>**

## RE: Reichl v. Rivera
1 message

**Cassandra Colombo** <ccolombo@cordelllaw.com>      Tue, May 23, 2023 at 10:41 AM
To: Linda Rivera <linriv74@gmail.com>

Linda,

     I STRONGLY recommend you abide by the order until otherwise as not abiding will only play into the narrative they are trying to paint. I will analyze the likelihood of it being accepted by the superior court (being interim and not a final order) and even with child fasttrack that would take months to get before them.

Unfortunately no, at this time the order has you seeing / speaking to them through Justice Works only.

     By agreement would be yes if we/Jeff and Gary agree to something other than the order.

Cassandra Colombo
**Litigation Attorney**
Cordell & Cordell - Center Valley
3477 Corporate Parkway, Suite 100, Center Valley, PA 18034

**Direct** (484) 666-5320 | **Mobile** (484) 838-9923 | **Fax** (484) 866-9794
**Email** ccolombo@cordelllaw.com

---

**From:** Linda Rivera <linriv74@gmail.com>
**Sent:** Tuesday, May 23, 2023 10:07 AM
**To:** Cassandra Colombo <ccolombo@cordelllaw.com>
**Subject:** Re: Reichl v. Rivera

     **Please use caution.** This email was sent from outside of your organization.

This is unacceptable! My civil rights continue to be violated and there's no race equity. Jeff is supposed to be getting investigated by CYS and should be getting supervised visits. Please MAKE that happen!

This can't be it. Take this matter to the superior court or Supreme Court please bc this is going to worsen everyone's overall mental health. Or maybe I can take this matter to the US Department of justice civil rights division.?

I'm not attending sessions w/ Brenda Hoff. And why is it that the court gets to rig this case as they see fit assigning their own people.?!? These are my kids lives they're messing with! Plus I gotta pay extra whopping fees to like 4 more agencies on top of legal fees.?

And Evan and Zayne are waitlisted after Heather's exit.

*what do you mean something else is agreed to? How so, if jeff has sole? Please explain.

*So I don't get to see Zayne today as he's expecting me?

Please advise ASAP.

On May 23, 2023, at 9:30 AM, Cassandra Colombo <ccolombo@cordelllaw.com> wrote:

Until Zayne feels safe or something else is agreed to he will stay at Devereaux and yes, it is understood Heather isn't but it just needs to be pushed for a new therapist to be found for him. At this time, unfortunately no everything will need to be "supervised" until a new order is issued which I am strategizing for as to the smartest way to make a new order as soon as possible. Unfortunately no, Evan will need to be seen at Justice Works but call them and get on the schedule and you can see him there during his birthday so I would call them this morning ASAP. LONG TERM strategy is continuing to be a good parent in front of the supervisor and their report will note you not saying anything about Jeff and how Evan will say things unprompted in front of them and show that it is not you putting things in their head but thinking of quicker and any possible ways

Cassandra Colombo
**Litigation Attorney**
Cordell & Cordell - Center Valley
3477 Corporate Parkway, Suite 100, Center Valley, PA 18034

**Direct** (484) 666-5320 | **Mobile** (484) 838-9923 | **Fax** (484) 866-9794
**Email** ccolombo@cordelllaw.com

**From:** Linda Rivera <linriv74@gmail.com>
**Sent:** Monday, May 22, 2023 6:13 PM
**To:** Cassandra Colombo <ccolombo@cordelllaw.com>
**Subject:** Re: Reichl v. Rivera

**Please use caution.** This email was sent from outside of your organization.

This is unbelievable how the script got flipped on me. The abuser abused for so long that I'm the perpetrator? And the aftermath for me leaving my abuser makes me mentally unstable? Unreal. I had a

feeling that I have to do supervised visits but this is extreme.

Heather is no longer Zaynes therapist. So is he supposed to return to jeff, though he is not going to budge 🧔🧔 Does Zayne stay at Devereux? I'm supposed to see him tomorrow, do I? My stomach is in knots 🧔

Does this go into effect in 10 days? Do I still get Evan this wkd for his birthday bc we're having a Bday bbq that he planned 🧔

What's our strategy bc seems like I'm up a creek. Please advise.

On May 22, 2023, at 5:19 PM, Cassandra Colombo <ccolombo@cordelllaw.com> wrote:

Well filed this afternoon after looking this morning, I will call you first thing tomorrow

## Cassandra Colombo
**Litigation Attorney**
Cordell & Cordell - Center Valley
3477 Corporate Parkway, Suite 100, Center Valley, PA 18034

**Direct** (484) 666-5320 | **Mobile** (484) 838-9923 | **Fax** (484) 866-9794
**Email** ccolombo@cordelllaw.com

**From:** Gary Saylor <GJSaylor@csmjlawyer.com>
**Sent:** Monday, May 22, 2023 4:21 PM
**To:** Cassandra Colombo <ccolombo@cordelllaw.com>
**Subject:** Reichl v. Rivera

**Please use caution.** This email was sent from outside of your organization.

Good Afternoon Attorney Colombo:

Attached please find the Interim Order in the Reichl / Rivera matter issued by Judge Sibum.

Thanks,

Gary J. Saylor, II, Esq.

**Cramer, Swetz, McManus & Jordan, P.C.**

711 Sarah Street

Stroudsburg, PA 18360

Phone (570) 421-5568 Ext. 225

Fax (570) 421-5720

gjsaylor@csmjlawyer.com

http://www.csmjlawyer.com

# **EXHIBIT E**

Proof of personal ties between the Judge and GAL:

Re: the "In-kind Contributions Received" form with Jane

Roach named as the contributor in the amount of $25,000

towards Judge Sibums campaign in 2009

## SCHEDULE II
## PART G
# IN-KIND CONTRIBUTIONS RECEIVED
### VALUE OVER $250.00

| Name of Filing Committee or Candidate | Reporting Period | | |
|---|---|---|---|
| Jennifer Harlacher Sibum Candidate | From: | 1/1/2009 | To: 10/19/2009 |

| | | DATE | | | AMOUNT | |
|---|---|---|---|---|---|---|
| **Full Name of Contributor** Jane Roach Maughan | | **MO** | **DAY** | **YEAR** | | |
| **Mailing Address**  726 Ann Street | | 10 | 16 | 2009 | $ | 25,000.00 |

| City  Stroudsburg | State  PA | Zip Code(Plus 4)  18360 |
|---|---|---|

| **Employer of Contributor**   Jane Roach Maughan, P.C. | **Occupation**   Attorney |
|---|---|

| **Employer Mailing Address/Principal Place of Business** 726 Ann Street | **City** Stroudsburg | **State** PA | **Zip Code(Plus 4)** 18360 | **Description of Contribution** legal services |
|---|---|---|---|---|

| Enter Grand Total of Part G on Schedule II, In-Kind Contributions Detailed Summary Page, Section 3. | **PAGE TOTAL** 25,000.00 |
|---|---|

3/5/2025 12:13:40 AM

# **EXHIBIT F**

Proof of ex-parte communication: Letter from the co-parent counselor, Brenda Hoff to the Defendants and Judge Sibum, conducted in ex parte communications, excluding Plaintiff as a Pro Se Litigant that should have been cc'ed as well

# Brenda L. Hoff, M.A.

**_Coparent Counselor     Psychotherapist_**

PO Box 1, Castalian Springs, TN 37031
brendahoff.counselor@gmail.com
Phone: 615-933-9566

January 12, 2024

H. Madden, Esq.
Custody Conciliation
610 Monroe Street, Suite 221
Stroudsburg, PA 18360

Reichl v Rivera
No.     517 DR 2021
No.   22909 CV 2021

Dear Atty. Madden:

I am writing as a brief update on the above captioned case.  Mr. Jeffrey Reichl and Ms. Linda Rivera were originally ordered by the Monroe County Court of Common Pleas to participate in Cooperative Parenting Counseling on August 20, 2021.   Since the last report dated November 14, 2022,  the parties participated in 4 of 7 scheduled sessions. with Mother canceling 3 appointments.  The parties were last seen on August 1, 2023.  Multiple attempts have been made to resume Coparent Counseling however, Mother has canceled every appointment that has been scheduled.  Most recently, Mother failed to respond to emails attempting to schedule a Coparent Counseling appointment.

Based on Mother's history of canceling sessions or failure to respond to scheduling attempts, no further appointments will be scheduled at this time.  Should Mother initiate scheduling a Coparent Counseling session and assure her cooperation with attending, an appointment can be made.

If you have any questions or require additional information, please feel free to contact me.

Respectfully,

_Brenda L. Hoff, M.A._

Brenda L. Hoff, M.A.

cc:  G. Saylor, Esq.


PLAINTIFF'S EXHIBIT
7

# Brenda L. Hoff, M.A.

**Coparent Counselor     Psychotherapist**
PO Box 1, Castalian Springs, TN 37031
brendahoff.counselor@gmail.com
Phone: 615-933-9566

Honorable Judge J. Sibum                                July 8,, 2024
Custody Conciliation
610 Monroe Street, Suite 221                    Reichl v Rivera
Stroudsburg, PA 18360                           No.      517 DR 2021
                                                No.   22909 CV 2021

Dear Judge Sibum:

I am writing as a brief update on the above captioned case.  Mr. Jeffrey Reichl and Ms. Linda Rivera were originally ordered by the Monroe County Court of Common Pleas to participate in Coparent Parenting Counseling on August 20, 2021. Previously, the parties had not been seen since August 1, 2023.  Multiple attempts had been made to resume Coparent Counseling however, Mother canceled each scheduled appointment and failed to respond to emails attempting to schedule a Coparent Counseling appointment.  Recently, Mother initiated scheduling a Coparent Counseling session and the parties participated in 2 joint sessions in June 2024.

Both parties agree that Mother has had no contact with their children, Zane and Evan, since mid-February 2024.  They acknowledge that Warwick Family Services discontinued Mother's sessions with the boys.  Father understands the sessions were stopped because they were not in the best interest of Zane and Evan. Mother believes that Father "controls" Warwick Family Services, which is why the sessions were discontinued.

Father expressed concern about being able to coparent with someone who repeatedly makes false allegations against him, made multiple referrals to MCCYS of abuse allegations (all of which have been unfounded) and distributed letters to his place of employment as well as his neighborhood identifying him as a "child predator".  Mother denies any involvement in distributing the letters and stated that the boys made the allegations, not her.  When presented with the fact that Zane and Evan have not made any allegations against Father to the multiple professionals who have been involved in their care and treatment, Mother expressed her belief that the boys have been "controlled and indoctrinated" by Father and that the treating professionals have "missed things".  Mother further explained her belief that Father "controls the narrative".

2

Since Father currently has sole custody, time was spent having Father provide Mother with educational and medical updates on both boys. According to Father, both boys excelled academically this school year and have shown an interest in music and sports.

Despite any evidence to support her position, Mother remains adamant in her belief that she is a victim of "controlling abuse" by Father. She continues to state that the children are being manipulated and are fearful; again without any supporting documentation. Although Mother has stated she wants to share custody and coparent with Father, it is difficult to reconcile that claim with her repeated allegations of abuse and manipulation.

Given Mother's stated beliefs, it is unlikely that significant progress would be made with ongoing participation in Coparent Counseling. However, from a practical standpoint, sessions may serve as a neutral setting to share information about the children, especially if Father retains sole custody.

If you have any questions or require additional information, please feel free to contact me.

Respectfully,

*Brenda L. Hoff, M.A.*

Brenda L. Hoff, M.A.

cc: G. Saylor, Esq.

# **<u>EXHIBIT G</u>**

Proof of ongoing defamation of Plaintiff: Defendant Gary Saylors answer motion to the Plaintiff on 3/20/24, falsely wrote in #25; she is suffering from mental health issues which contain "delusions of grandeur", requesting that the court "terminate her custody rights" following intensive psychiatric care

IN THE COURT OF COMMON PLEAS OF MONROE COUNTY
FORTY-THIRD JUDICIAL DISTRICT
COMMONWEALTH OF PENNSYLVANIA

JEFFREY REICHL,                         :        517 DR 2021
        Plaintiff,                     :
                             :        2909 CV 2021
      vs.                               :
                             :
LINDA RIVERA,                           :        IN CUSTODY
        Defendant.                    :

### PLAINTIFF'S ANSWER TO DEFENDANT'S PETITION TO MODIFY CUSTODY WITH NEW MATTER

AND NOW comes Plaintiff, Jeffrey Reichl, by and through his attorneys, CRAMER, SWETZ, McMANUS & JORDAN, P.C., by Gary J. Saylor, II, Esquire, and files the following Answer with New Matter to Defendant's Petition to Modify Custody:

1.     Admitted.

2.     Admitted.

3.     Admitted. Further On December 8, 2023, the Honorable Judge Jennifer Harlacher Sibum, issued a Custody Order.

4.     Denied. Further, these issues have already been addressed at a hearing before Judge Jennifer Harlacher Sibum.  Further, Petitioner has failed to comply with the December 8, 2023 Custody Order.

5.     Admitted.

WHEREFORE, Plaintiff, Jeffrey Reichl, respectfully requests that this Honorable Court Deny Defendant's, Linda Rivera, Motion to Modify Custody.

Monroe County PA Prothonotary
MAR 20 '24 AM 10:46


COPY

## NEW MATTER

6.      On December 8, 2023, the Honorable Jennifer Harlacher Sibum, issued a Custody Order.  A copy of the Order is attached hereto as Exhibit 1.

7.      Section 4 of the December 8, 2023, Custody Order required Defendant to partake in co-parent counseling with Brenda Hoff on a biweekly basis.

8.      Defendant has not complied with Section 4 of the December 8, 2023.

9.      On January 12, 2024, Ms. Hoff provided an update via letter which states that mother has canceled the last three co-parent classes and has failed to respond to every attempt to schedule an appointment. A copy of this letter is attached hereto as Exhibit 2.

10.     On February 12, 2024, Defendant prematurely filed a Motion to Modify Custody as the December 8, 2023, Order only permitted a petition to modify to be filed after 90 days had passed since December 8, 2023.

11.     On February 14, 2024, Plaintiff was informed through his employer that an "anonymous letter" was mailed to the principal at Plaintiff's building, the director of H.R., the principal of Resica Elementary where the children attend, the school counselor at Resica Elementary and both secretaries in the main office of Resica Elementary that alleged circumstances and situations that would only be known to a party to this action resulting in Plaintiff and the minor children being subject to yet another frivolous Children and Youth investigation. A copy of this letter is attached hereto as Exhibit 3.

12.     On February 14, 2024, due to the allegations and investigation, Plaintiff's employer placed him on administrative leave and he was out of work for a period of thirty days.

13.     On February 15, 2024, both children were again subjected to questioning by CYS

while at school.

14.     On February 15, 2024, Defendant had visitation with the children through their therapist and Mother questioned if the anyone came to the school today to talk to them if anything happened.

15.     As a result of this questioning, the therapist has not allowed contact between the children and the Defendant.

16.     On February 15, 2024, Pocono Psychological Services issued a letter detailing Defendant's failure to return calls to its facility and to make payment for the Court Ordered therapy for the children.  A copy of the letter from Pocono Psychological Services is attached hereto as Exhibit 4.

17.     On February 16, 2024, Defendant's Motion to Modify Custody was dismissed.

18.     On March 5, 2024, Defendant refiled her February 12, 2024 Motion to Modify Custody.

19.     On March 5, 2024, Plaintiff's neighbors and community association board members were mailed an "anonymous" letter. A copy of the letter sent to Plaintiff's neighbors and community board members is attached hereto as Exhibit 5.

20.     This "anonymous" letter contained information about the Plaintiff and children that only the Defendant would know, such as a reference to a minor child's psychiatric hospitalization.

21.     The letter makes reference to what the children said at Court, "The children wrote letters to the judge and court doctor about the molestation and chronic mental abuse of Reichl" which are the same exact allegations Defendant has made throughout the entirety of this custody litigation.

22.     The letter makes incredibly damaging false allegations including that "Jeffrey Reichl is getting away with being a child predator."

23.     The letters cause irrevocable damage and harm to not only Plaintiff but also to the children as the letter was sent to parents of some of the children's friends and neighbors in the community and contains facts about the custody case that could irreparably harm the children's status and relationship with friends within the community.

24.     On or about March 14, 2024, Children and Youth Services determined the allegations made against Father to be "unfounded and closed".

25.     Throughout February and March 2024, Defendant has sent multiple emails to undersigned counsel which evidence a mental break which contain delusions of grandeur, allegations against the Court, Counsel, along with the children's therapist, allegations of racial profiling along with statements such as "I wear the full armor of GOD", "I'm a spiritual gangsta", "the Prince of Peace is sovereign" and which also detail Defendant's plans to never stop her campaign to expose Plaintiff.

WHEREFORE, Plaintiff, Jeffrey Reichl, respectfully requests that this Honorable Court deny Defendant, Linda Rivera, Petition to Modify Custody and terminate Defendant's custodial rights until such time that Defendant has completed long term mental health treatment with a psychologist and/or psychiatrist and discontinues subjecting the children to unnecessary investigations and harm through the community.

Respectfully submitted,

**CRAMER, SWETZ, McMANUS & JORDAN, P.C.**

BY: _Gary J. Saylor, II_
Gary J. Saylor, II, Esquire
Attorney for Plaintiff
Attorney I.D. 320012
711 Sarah Street
Stroudsburg, PA 18360
gjsaylor@csmjlawyer.com

# **<u>EXHIBIT H</u>**

Proof of abuse by Defendant Jeffrey Reichl:

Plaintiff's eldest son Kai Rivera publicly disclosed

abuse by his stepfather, the Defendant Jeffrey

Reichl, on a podcast, "Slam the Gavel" on 7/5/24.



## Slam the Gavel

  + Follow

### Slam the Gavel

# Children Withheld from Mother And Placed With Stepfather: With Kai Tristan Rivera

July 05, 2024  •  Kai Tristan Rivera, Pennsylvania  •  Season 5  •  Episode 131



   1×  

00:00 | 45:15

## Show Notes

Slam the Gavel welcomes Kai Tristan Rivera to the podcast. Turning 21 in April, Kai works in food service. Currently, Kai spends most of his time in New York, New Jersey and Pennsylvania, a young person finding his way into the world. Kai is speaking out on being a victim of Sexual Abuse and molestation by his stepfather. Kai explains that it has taken him years to realize and accept what has happened to him. Kai has chosen to speak on a public platform at this time because the Pennsylvania State Police did nothing to the abuser when he told them what had happened not only to himself but to his little brothers.

Kai states, "everyone needs to know the severity of family court corruption and its cover up of child abuse."

To Reach Kai Tristan Rivera:  dismantlingfamilycourtcorruption.com

∗DISCLAIMER∗ The use of this information is at the viewer/user's own risk. Not financial, medical nor legal advice as the content on this podcast does not constitute legal,

financial, medical or any other professional advice. Viewer/user's should consult with the relevant professionals

 Supportshow(https://www.buymeacoffee.com/maryannpetri)

Support the show

Supportshow(https://www.buymeacoffee.com/maryannpetri)

http://www.dismantlingfamilycourtcorruption.com/



Slam the Gavel

    

All content © 2025 Slam the Gavel