Linda Rivera, Pro Se
P.O. Box 1258
East Stroudsburg, PA 18301
(570) 872-0697
linriv74@gmail.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA RIVERA | Case No.: |
| Plaintiff, | MOTION FOR APPOINTMENT OF COUNSEL |
| vs. | |
| JEFFREY REICHL and GARY J. SAYLOR II, | |
| Defendant. | |

COMES NOW Plaintiff, Linda Rivera, Pro Se, and respectfully moves this Honorable Court for the appointment of legal counsel pursuant to **28 U.S.C. § 1915(e)(1)**, and states as follows:

1. Plaintiff is unable to afford an attorney and has filed a Motion to Proceed In Forma Pauperis (IFP) due to financial hardship. Without legal representation, Plaintiff will be severely disadvantaged in navigating the complexities of federal litigation.

2. Plaintiff's case involves constitutional and civil rights violations, including but not limited to violations of the First, Fifth, Ninth, and Fourteenth Amendments, wrongful deprivation of parental rights, and due process violations under 42 U.S.C. § 1983. Given the intricate nature of federal civil rights law and the procedural challenges associated with litigating in federal court, Plaintiff is in urgent need of legal counsel.

3. The sensitive nature of this case further complicates Plaintiff's ability to effectively advocate for herself. The subject matter involves the unlawful deprivation of Plaintiff's

parental rights, making it emotionally distressing and legally intricate. Plaintiff is not only required to assert her constitutional claims but also to relive the trauma associated with the separation from her children, which substantially impairs her ability to present her case in an objective and legally structured manner.

4. Plaintiff's claims require substantial legal research, procedural knowledge, and evidentiary presentation to establish the state court's misconduct, collusion, and violations of federal protections. Without an attorney, Plaintiff will struggle to effectively present her case, cross-examine witnesses, and comply with federal procedural rules.

5. Plaintiff has made good-faith efforts to obtain legal representation but has been unsuccessful due to financial limitations and the complexity of the case, which exceeds the capacity of free legal aid organizations to handle.

6. The appointment of counsel is in the interest of justice, as it would ensure that Plaintiff receives a fair opportunity to litigate her case, protect her constitutional rights, and advocate for the reunification with her children. Given the legal, procedural, and emotional challenges posed by this case, the assistance of legal counsel is essential to achieving a just outcome.

WHEREFORE, Plaintiff respectfully requests that this Court appoint legal counsel to represent her in this matter.

Executed on March 12, 2025.

Respectfully submitted,

By: _____

Linda Rivera, Pro Se