

*OFFICE OF THE CLERK*
*UNITED STATES DISTRICT COURT*
*for the*
*MIDDLE DISTRICT of PENNSYLVANIA*

**Sylvia H. Rambo U.S. Courthouse**
**1501 North 6th Street**
**Suite 101**
**Harrisburg, PA 17102**
**Internet Address: www.pamd.uscourts.gov**

**PETER WELSH**
**Clerk of Court**

March 24, 2025

**Linda Rivera**
P.O. BOX 1258
East Stroudsburg, PA 18301

RE:   Rivera v. Reichl et al/3:25-cv-00537

Dear Pro Se Plaintiff:

The court has received your documents and assigned it to the case number above.   Please use this number in all future pleadings and correspondence regarding this case.

If you have simultaneously filed the proper application to proceed *in forma pauperis*, the matter has been forwarded to the court for consideration. If you have not filed the proper application to proceed *in forma pauperis*, an Administrative Order will be issued to you directing you to do so, together with the forms. Upon receipt of the **COMPLETED** and **SIGNED** forms, your case will then be forwarded to the Court for consideration.

Pro Se plaintiffs and petitioners are advised that they have an affirmative obligation to keep the court informed of his or her current address. If the plaintiff or petitioner changes his or her address while the lawsuit is being litigated, the plaintiff or petitioner shall immediately inform the court of the change in writing.

All future pleadings and correspondence regarding this case should be mailed to the following address :

**Sylvia H. Rambo U.S. Courthouse**
**1501 North 6th Street**
**Suite 101**
**Harrisburg, PA 17102**

| | |
|---|---|
| **[ X ]   Complaint** | Sincerely, |
| [     ]   Petition | PETER WELSH, Clerk of Court |
| [     ]   Other | By: IBR, Deputy Clerk |