# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDA RIVERA, | : | NO. 3:25-CV-00537 |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | (CAMONI, M.J.) |
| JEFFREY REICHL and | : | |
| GARY SAYLOR, II, | : | |
|     Defendants. | : | |

# ORDER

In accordance with the accompanying Memorandum Opinion, it is ORDERED that:

(1) Defendant Jeffrey Reichl's Motion to Dismiss, Doc. 16, is GRANTED.

(2) Defendant Gary J. Saylor, II's Motion to Dismiss, Doc. 28, is GRANTED.

(3) Plaintiff's Motion to Disqualify Counsel, Doc. 42, is DENIED as moot and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

(4) The Clerk of Court is directed to close this case.

Date: October 7, 2025

*s/Sean A. Camoni*
Sean A. Camoni
United States Magistrate Judge